DANIEL G. BOGDEN
United States Attorney
BRANDON C. JAROCH
Special Assistant United States Attorney
333 Las Vegas Blvd., So., Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:12-mj-00629-VCF |
| Plaintiff, ) | |
| ) | MOTION FOR LEAVE TO DISMISS |
| v. ) | |
| ) | |
| CHRISTIAN ADRIAN ROMAN-LOPEZ,) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Complaint filed on September 12, 2012 and requests the case be closed.

Dated this __14th__ day of September, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ Brandon C. Jaroch

BRANDON C. JAROCH
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing motion for leave to dismiss and the case is ordered closed.

DATED this __14__ day of __September__ 2012.

CAM FERENBACH
United States Magistrate Judge